Jessica R. K. Dorman, Esq. (SBN: 279919)
Jessica@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

JS-6

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff,*
Stuart Farber

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY KOCHLANI, Individually and On Behalf of All Others Similarly Situated,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**BLUEBONNET NUTRITION CORPORATION. a/k/a BLUEBONNET,**<br><br>                    **Defendant.** | Case No: 14:cv-01539-PA-RZ<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. PERCY ANDERSON** |

///
///
///
///
///

Based upon the Plaintiff's Voluntary Motion for Dismissal, and good cause, this Court hereby orders the action against Defendant BlueBonnet Nutrition Corporation a/k/a BlueBonnet dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: September 12, 2014        _____
                                 HON. PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE